**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:
Karen Oldenburg        Case No.09-58782-swr
       Debtor        Chapter 13
                     Honorable Steven W. Rhodes
_____/
Karen Oldenburg,
Plaintiff        Adv. Proc. No.09-05091-swr

v.

Bank of America,
Defendant

_____/

## DEFAULT JUDGMENT

**WHEREAS,** on June 16, 2009 an adversary proceeding was brought by Plaintiff, Karen Oldenburg, against Bank of America, (the "Defendant") pursuant to Federal Rules of Bankruptcy Procedure 7001, to seek relief in accordance with Section 523 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

**WHEREAS,** the court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334; and

**WHEREAS,** this adversary proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (K), and

**WHEREAS,** venue properly lies in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409;

**IT IS THEREFORE ORDERED** that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 09-58782-swr, the mortgage ("Mortgage") dated March 1, 2007, covering the following described property ("Property") situated in the Township of Ypsilanti, County of Washtenaw, State of Michigan, and further described as follows:

> Unit 2, ASPEN RIDGE SQUARE, according to the recorded condominium plat thereof, Washtenaw County Records.
>
> Tax Id: K-11-30-201-002
>
> Commonly Known as: 6079 Boyne Drive, Ypsilanti MI 48197

Recorded in the Washtenaw County Register of Deeds on March 28, 2007, Liber 4616, Page 737, will be stripped from the Property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 09-58782-swr, the debtor may record a certified copy of this order, with a copy of the debtor's Chapter 13 discharge order attached, with the Washtenaw County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 09-58782-swr, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.