Form defaultAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: Karen Oldenburg
Debtor

                                       Case No.: 09−58782−swr
                                       Chapter 13
                                       Judge: Steven W. Rhodes

Karen Oldenburg
Plaintiff                                           Adv. Proc. No. 09−05091−swr

v.

Bank of America
Defendant

---

## DEFAULT ENTRY BY CLERK

It appears from the records in the above−entitled proceeding that a summons has been served upon the defendant named below and that the defendant has failed to timely plead or otherwise defend in said proceeding as directed in said summons and as provided in the Federal Rules of Bankruptcy Procedure.

Now, therefore, pursuant to Fed. R. Bankr. P. 7055 the **DEFAULT** of the following is hereby entered.

**Bank of America**

**The plaintiff shall file an application for default judgment, pursuant to L.B.R. 7055−1 within 15 days from the entry of this default. Applications for default judgment shall be accompanied by the affidavit required under the Servicemember's Civil Relief Act of 2003.**

**If the plaintiff fails to file the application for default judgment *within 15−days* from the entry of this default, the complaint may be dismissed without a hearing.**

Dated: 7/22/09

                                                             s/ Katherine B. Gullo
                                                             Katherine B. Gullo , Clerk of Court
                                                              United States Bankruptcy Court