**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:
Karen Oldenburg                                Case No.09-58782-swr
       Debtor                              Chapter 13
                                               Honorable Steven W. Rhodes
_____/

Karen Oldenburg,
Plaintiff                                      Adv. Proc. No.09-05091-swr

v.

Bank of America,
Defendant

_____/
Jeffrey G. Bennett P43946
Attorney for Plaintiff
Marrs & Terry, PLLC
6553 Jackson Rd
Ann Arbor MI 48103
734-663-0555
_____/

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT AGAINST
DEFENDANT BANK OF AMERICA**

STATE OF MICHIGAN         )
                          ) ss.
COUNTY OF WASHTENAW       )

    I, Jeffrey G. Bennett, being duly sworn, depose and says:

    1.    This Affidavit is made upon firsthand knowledge, and I am fully competent to testify as to all facts set forth herein;

    2.    I am an attorney with the law firm of Marrs & Terry PLLC, counsel for the Plaintiffs in the above-captioned Adversary Proceeding No. 09-05091.

3. This Affidavit is made in support of Plaintiff's Request for Clerk's Entry of Default against the Defendant, Bank of America.

4. A summons was issued by the Court against the Defendant in this matter on June 16, 2009 and the Defendant was served on June 16, 2009.

5. Pursuant to the Summons and Bankruptcy Rule 7012(a), the Defendant was required to file an answer to the Complaint within thirty (30) days of the date of issuance of the Summons.

6. As of the date of this Affidavit, the Defendant has failed to plead or otherwise defend against the action taken by Plaintiff.

7. To the best of my knowledge upon reasonable inquiry, the Defendant is not a member of the military service, an infant, or incompetent and the relief requested is for a sum certain.

/S/ Jeffrey G. Bennett\
JEFFREY G BENNETT (P43946)\
Marrs & Terry, PLLC\
Attorney for Plaintiff\
6553 Jackson Rd\
Ann Arbor MI 48103\
734-663-0555\
JBenLaw1@comcast.net

Subscribed and sworn to before me\
this 27th day of July, 2009.

/S/ Darcey Kennedy\
Darcey Kennedy, Notary Public Wayne County\
Acting in Washtenaw County\
My commission expires: 10-1-2014